1004

D. L. McDonald *et al., Respondents,* v. Jesse J. Burdette, *Appellant.*

The State of Washington, *Respondent,* v. Floyd Cantrell, *Appellant.*

The State of Washington, *Respondent,* v. Guy Myron Rutherford, *Appellant.*

*In the Matter of the Application for a Writ of Habeas Corpus of* Paul C. Wilson, *Appellant,* v. B. J. Rhay, *as Superintendent of the State Penitentiary, Respondent.*

